```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re REFCO, Inc., et al.,

                Debtors.

------------------------------------------------------------------X

TONE N. GRANT

                Plaintiff,

           v.

ILLINOIS NATIONAL INSURANCE COMPANY AND
NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA,

                Defendants.

------------------------------------------------------------------X

Chapter 11
Case No. 05-60006 (RDD)
Jointly Administered
Adv. Proc. No. 08-1129-rdd

Case No. 08-CV-4846

**STIPULATION**
**AND ORDER**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties herein, that:

    1.    Plaintiff Tone N. Grant's response to defendant Illinois National Insurance Company's Motion to Withdraw Reference to the Bankruptcy Court shall be, and hereby is, extended through and including June 9, 2008 in the above-captioned action;

    2.    Defendant Illinois National Insurance Company's time to reply shall be, and hereby is, extended through and including June 16, 2008.

    3.    The return date on the motion is hereby extended to June 17, 2008.

1826060.1

Dated: May 29, 2008
New York, New York

| | |
|---|---|
| ZUCKERMAN SPAEDER LLP | D'AMATO & LYNCH, LLP |
| By: _____ | By: _____ |
| Norman L. Eisen | Kevin J. Windels (KJW-5477) |
| Laura E. Neish (LN-0040) | Stephen F. Willig (SFW-9847) |
| 1540 Broadway, Suite 1604 | 70 Pine Street |
| New York, New York 10036 | New York, New York 10270 |
| Tel.: (212) 704-9600 | Tel.: (212) 269-0927 |
| Email: neisen@zuckerman.com | Email: kwindels@damato-lynch.com |
| Email: lneish@zuckerman.com | Email: swillig@damato-lynch.com |
| *Attorneys for Plaintiff Tone N. Grant* | *Attorneys for Defendants Illinois National Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA.* |

SO ORDERED.

Dated: New York, New York
~~May~~ 3, 2008
June

_____
Gerard E. Lynch, United States District Judge

2

1826060.1