UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

In re REFCO, Inc., et al.,

                        Debtors.

------------------------------------------------------------------------X
TONE N. GRANT

                      Plaintiff,

           v.

ILLINOIS NATIONAL INSURANCE COMPANY AND
NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA,

                    Defendants.
------------------------------------------------------------------------X

Chapter 11
Case No. 05-60006 (RDD)
Jointly Administered
Adv. Proc. No. 08-1129-rdd

Case No. 08-CV-4846

*Electronically Filed*

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Zuckerman Spaeder LLP has been retained to represent Plaintiff Tone N. Grant in the above-referenced matter. Undersigned counsel, an associate with Zuckerman Spaeder LLP, was admitted to practice in this district on August 13, 2003.

Dated: June 9, 2008
       New York, New York

Respectfully submitted,

s/Laura Neish
Laura Neish (LN-0040)
ZUCKERMAN SPAEDER LLP
1540 Broadway, Suite 1604
New York, NY 10036
Tel: 212-704-9600
Fax: 212-704-4256
lneish@zuckerman.com
*Attorneys for Plaintiff Tone N. Grant*

1833039.1