**CERTIFICATE OF SERVICE**

    I, Laura E. Neish, hereby certify that on June 9, 2008, I caused a true and correct copy of the Memorandum of Plaintiff Tone N. Grant in Opposition to Illinois National Insurance Company's Motion to Withdraw the Reference from Bankruptcy Court and Declaration of William A. Schreiner, Jr. in Opposition to Illinois National Insurance Company's Motion to Withdraw the Reference from Bankruptcy Court to be served upon the following parties via federal express overnight delivery:

Kevin J. Windels, Esq.
Stephen F. Willig, Esq.
D'AMATO & LYNCH, LLP
70 Pine Street
New York, New York 10270
(212) 269-0927
*Attorneys for Defendants-Appellants Illinois National Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA.*

                                                        s/ Laura E. Neish
                                                        Laura E. Neish (LN-0040)