```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re
REFCO, Inc., et al.,

                Debtors.
------------------------------------------------------------X

------------------------------------------------------------X
In re
REFCO INC., et al.,

                Debtors.
------------------------------------------------------------X
TONE N. GRANT

                Plaintiff,

      v.

ILLINOIS NATIONAL INSURANCE COMPANY AND
NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA,

                Defendants.
------------------------------------------------------------X

Case No. 08-CV-4846

(Referred to Judge Gerard E. Lynch)

Chapter 11

Case No. 05-60006 (RDD)

(Jointly Administered)

Adv. Proc. No. 08-01129 (rdd)

**ORDER FOR ADMISSION**
***PRO HAC VICE* ON**
**WRITTEN MOTION**

Upon the motion of Laura E. Neish, attorney for plaintiff Tone Grant, and Laura Neish's

affirmation in support:

**IT IS HEREBY ORDERED** that

        Norman L. Eisen
        Zuckerman Spaeder LLP
        1800 M Street, N.W., Suite 1000
        Washington, D.C., 20036
        Tel.: 202-778-1800
        Fax: 202-822-8106
        neisen@zuckerman.com

is admitted to practice *pro hac vice* as counsel for plaintiff Tone N. Grant in the above captioned

case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: June 4, 2008
      New York, New York

*[signature]*
Honorable Gerard E. Lynch
United States District Court Judge

## CERTIFICATE OF SERVICE

I, Jer-Wei Chen, hereby certify that on June 9, 2008, I caused a true and correct copy of the NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* to be served upon the following parties via first-class mail:

Kevin J. Windels
Stephen F. Willig
D'AMATO & LYNCH, LLP
70 Pine Street
New York, New York 10270
(212) 269-0927
*Attorneys for Defendants-Appellants Illinois National Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA.*

s/ Jer-Wei Chen
Jer-Wei Chen

1817019.1