UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

In re                                                  :

                                                       :                    Chapter 11

REFCO. INC. et al.,                                    :

                                                       :        Case No. 05-60006 (RDD)

                        Debtors.                       :

                                                       :        Jointly Administered

------------------------------------------------------- x

                                                       :

TONE N. GRANT,                                         :

                                                       :        Adv. Proc. No. 08-1129-RDD

                        Plaintiff,                     :

                                                       :

        -against-                                      :

                                                       :        Case No. 08-CV-4846 (GEL)

ILLINOIS NATIONAL INSURANCE                            :
COMPANY AND NATIONAL UNION FIRE                        :
INSURANCE COMPANY OF PITTSBURGH,                       :
PA.,                                                   :

                                                       :

                        Defendants.                    :

------------------------------------------------------- x

**REPLY DECLARATION OF KEVIN J. WINDELS IN FURTHER
SUPPORT OF ILLINOIS NATIONAL INSURANCE
COMPANY'S MOTION TO WITHDRAW THE REFERENCE**

        KEVIN J. WINDELS, an attorney duly admitted to practice before the Courts

of the State of New York and the United States District Court for the Southern District of

New York, hereby declares the following statements to be true under the penalties of perjury:

1.     I am a member of the firm D'Amato & Lynch, LLP, attorneys for

defendants, Illinois National Insurance Company ("Illinois National").[1]

2.     This Declaration is submitted in further support of Illinois National's

motion to withdraw the reference.

3.     In support of its motion, Illinois National presents certain documents

which are referred to in its reply memorandum of law.

4.     Attached as Exhibit 8 is a true copy of selected pages of the transcript

of the hearing before the Honorable Robert D. Drain, U.S.B.J. on March 20, 2008, in this

matter concerning plaintiff's motion for preliminary injunction to advance defense costs.

5.     Attached hereto as Exhibit 9 is a true copy of the Order of the

Honorable John G. Koeltl, U.S. District Judge for the Southern District of New York dated

October 5, 2007 in the actions entitled Axis Reinsurance Company v. Phillip Bennett, et al.,

Case Nos. M-47 (JGK) and Adv. Proceeding No. 07-1712.

6.     Attached hereto as Exhibit 10 is a true copy of the Limited Objection to

Arch Insurance Company's Motion to Withdraw Reference to the Bankruptcy Court dated

May 13, 2008 filed by counsel for all of the plaintiffs in the action entitled Joseph Murphy, et

al. v. Allied World Assurance Company, et al. 08 Civ. 4105 (GEL) in U.S. District Court for

the Southern District of New York.

---

[1] Pursuant to a Stipulation and Order of Dismissal So Ordered on April 11, 2008 National Union Fire
Insurance Company of Pittsburgh, Pa. has been dismissed from this case.

7.      Attached hereto as Exhibit 11 is a true copy of the Consent to Allied World Assurance Co. (U.S.) Inc.'s Motion to Withdraw Reference from the Bankruptcy Court dated May 13, 2008 filed by counsel for all plaintiffs in the action entitled <u>Joseph Murphy, et al. v. Allied World Assurance Company, et al.</u> 08 Civ. 4196 (GEL) in U.S. District Court for the Southern District of New York.

8.      Attached hereto as Exhibit 12 is a true copy of the Order of the Honorable Gerard E. Lynch, U.S. District Judge for the Southern District of New York dated June 4, 2008 in action entitled <u>Joseph Murphy et al. v. Allied World Assurance Company (U.S.), Inc. and Arch Insurance Company,</u> 08 Civ. 4105 (GEL) and 08 Civ. 4196 (GEL).

Dated: New York, New York
      June 16, 2008

                                               s/
                                               Kevin J. Windels

3

# Exhibit 8

1          UNITED STATES BANKRUPTCY COURT
           SOUTHERN DISTRICT OF NEW YORK
2    ----------------------------------------X
     In Re:                                    06-60006 (RDD)
3
              REFCO, INC.,                     One Bowling Green
4                                              New York, New York
                   Debtor.                     March 20, 2008
5    ----------------------------------------X
     GRANT,                                    08-01129
6
                   Plaintiff,
7
                   v.
8
     ILLINOIS NATIONALINSURANCE COMPANY,
9    et al.,
10                 Defendants.
     ----------------------------------------X
11              TRANSCRIPT OF MOTION AND
              RELIEF FROM AUTOMATIC STAY
12        BEFORE THE HONORABLE ROBERT D. DRAIN
              UNITED STATES BANKRUPTCY JUDGE
13

14   APPEARANCES:

15   For the Plaintiff:        NORMAN EISEN, ESQ.
                               Zuckerman Spaeder, LLP
16                             1540 Broadway
                               New York, New York   10036
17
     For the Defendant:        KEVIN J. WINDELS, ESQ.
18                             D'Amato & Lynch, P.C.
                               70 Pine Street
19                             New York, New York   10270

20   Court Transcriber:        CARLA NUTTER

21            REGENCY REPORTING, INC.

22      Certified Court Reporters & Videographers

23      425 Eagle Rock Avenue      575 Madison Avenue

24      Roseland, NJ 07068      New York, NY 10022

25         www.regencyreporting.net    1-866-268-7866

1          THE COURT:  Grant v. Illinois National.

2          MR. EISEN:  Good morning, Your Honor.  Norman Eisen,

3     counsel for Tone Grant.

4          Your Honor, we want to thank the Court again for hearing

5     this matter on an expedited basis as the Court has accommodated us

6     on previous occasions with urgent papers relating to insurance

7     issues.

8          As the Court well knows and unless Your Honor requests

9     otherwise I will not recite the whole procedural history of the

10    insurance litigation before Your Honor.  We have previously

11    litigated the Maine Tower of Insurance Axis [sic].  The gist of

12    that case was Axis' argument that coverage exclusions needed to be

13    adjudicated before advancement and Your Honor held the opposite was

14    true that the advancement issue goes first and the exclusions must

15    wait for later.  We have here a separate Tower of Insurance,

16    Illinois National, but essentially the same argument.  The

17    provisions of the Illinois National policy which is attached at

18    Exhibit A to the complaint provides on the cover page that in all

19    events the insurer must advance defense cost payments pursuant to

20    the terms herein prior to the final disposition of a claim.  A

21    claim is defined at Page 2 of the policy as a written demand for

22    monetary or non-monetary relief or a civil, criminal,

23    administrative, regulatory or arbitration proceeding.  So we have

24    at issue here both coverage for the civil cases in which Mr. Grant

25    is a party and also the criminal matters.  The language as we'll

12

```
 1              THE COURT:  So S-4 is against him?

 2              MR. EISEN:  Yes, S-4 is against him; correct.

 3              Your Honor, as you know, under the Tyco case if there's

 4     even --

 5              THE COURT:  And you're saying in S-4 there are claims

 6     other than conspiracy claims against him?

 7              MR. EISEN:  I'm saying that the government has added a

 8     particular variety of allegations that were not in S-3 and I have -

 9     - but even looking at S-3, you know, as the Court correctly notes,

10     it's not entirely a conspiracy indictment and as the Tyco case

11     teaches, if there's even one allegation or one count or one aspect

12     the insurer is required to defend the whole and it is a heavy

13     burden, Your Honor, and we submit that the additional cases -- the

14     Great American case, the Sun Times case -- demonstrate that it is

15     by no means automatic, we will have the right to litigate this

16     coverage exclusion to demonstrate that notwithstanding the guilty

17     plea that the coverage exclusion does not apply.  We'll have the

18     right to discovery, we'll have the right to question whether Mr.

19     Bennett may have pled to this for other reasons to establish

20     independent evidence.  I'll remind the Court that part of that

21     discovery process and that issue coming up on summary judgment --

22     and this is the underlying philosophical foundation of the Worldcom

23     cases -- we will be able to take discovery on issues like whether

24     the application was considered prior to the issuance of the policy.

25     We'll be able to get the underlying documents, we'll be able to
```

1    understand the policies and procedures of the insurers.  Those are

2    all the reasons that these exclusion issues are deferred even when

3    there are guilty pleas -- generally deferred until after the

4    advancement question.

5            THE COURT:  Does it matter that the application says

6    that it's material?

7            MR. EISEN:  Of course it matters, Your Honor, but it is

8    not, we would submit, dispositive.  We need to analyze --

9            THE COURT:  Is there any case law on that point?

10           MR. EISEN:  Your Honor, I think Worldcom stands for the

11   proposition.  I believe it's Worldcom that says that materiality is a

12   legitimate subject of discovery that one is entitled to look at

13   their practices and procedures on this mquestion.

14           THE COURT:  But I don't remember, was there an

15   acknowledgement in the policy that this was material in Worldcom?

16   I just don't remember.

17           MR. EISEN:  Your Honor, I do not -- I'm not able to

18   answer that.

19           THE COURT:  Okay.

20           MR. EISEN:  I do not see the acknowledgement on first

21   glance of Worldcom but I certainly don't have the whole file

22   before me -- the underlying documents of Worldcom.

23           Of course, Your Honor, the sufficiently serious

24   questions going to the merits is not the only part of the test, the

25   balance of harms is also significant and the harms here of having

53

```
 1                    C E R T I F I C A T I O N

 2

 3          I certify that the foregoing is a transcript from an

 4     electronic sound recording of the proceedings in the

 5     above-entitled matter taken on March 20, 2008, except where,

 6     as indicated, the Court has modified the transcript.

 7

 8

 9

10

11

12     Carla Nutter                          3|24|08

13     Carla Nutter                          Date

14

15

16

17

18

19

20

21

22

23

24

25
```

# Exhibit 9

DOC # *468*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

AXIS REINSURANCE COMPANY,

                    Plaintiff,

          - against -                          Case. No. M-47 (JGK)

PHILLIP R. BENNETT, LEO R. BREITMAN,           ORDER
NATHAN GANTCHER, TONE GRANT, DAVID V.
HARKINS, SCOTT L. JAECKEL, DENNIS A.
KLEJNA, THOMAS H. LEE, SANTO C.
MAGGIO, JOSEPH MURPHY, RONALD L.
O'KELLEY, SCOTT A. SCHOEN, WILLIAM M.
SEXTON, GERARD SHERER, PHILIP
SILVERMAN, ROBERT C. TROSTEN, AND
DOES 1 to 10,

                    Defendant(s).
_____

In re:                                         Chapter 11
REFCO, INC., et al.,                           Case No. 05-60006 (RDD)
                    Debtors.                    (Jointly Administered)
_____

AXIS REINSURANCE COMPANY,

                    Plaintiff,

          - against -                          Adv. Proc. No. 07-1712

PHILLIP R. BENNETT, LEO R. BREITMAN,
NATHAN GANTCHER, TONE GRANT, DAVID V.
HARKINS, SCOTT L. JAECKEL, DENNIS A.
KLEJNA, THOMAS H. LEE, SANTO C.
MAGGIO, JOSEPH MURPHY, RONALD L.
O'KELLEY, SCOTT A. SCHOEN, WILLIAM M.
SEXTON, GERARD SHERER, PHILIP
SILVERMAN, ROBERT C. TROSTEN, AND
DOES 1 to 10,

                    Defendant(s).
_____

---

TONE N. GRANT, ROBERT C. TROSTEN, AND
PHILLIP R. BENNETT,                              Adv. Proc. No. 07-2005
                                                 (RDD)
                         Plaintiffs,

            - against -

AXIS REINSURANCE COMPANY,

                         Defendant.

---

LEO BREITMAN, et al.,

                         Plaintiffs,              Adv. Proc. No. 07-2032
                                                 (RDD)
            - against -

AXIS REINSURANCE COMPANY,

                         Defendant.

---

JOHN G. KOELTL, District Judge:

     For the reasons stated on the record at the hearing held on

October 5, 2007, Axis' motion to withdraw the reference is

denied without prejudice to re-file after the Bankruptcy Court

has decided the pending motions for summary judgment.

SO ORDERED.

Dated:    New York, New York
          October 5, 2007

                                        _____
                                              John G. Koeltl
                                        United States District Judge

2

# **Exhibit 10**

GREG A. DANILOW
MICHAEL F. WALSH
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
*Attorneys for Plaintiffs Leo R. Breitman,*
*Nathan Gantcher, David V. Harkins,*
*Scott L. Jaeckel, Thomas H. Lee, Ronald*
*L. O'Kelley, and Scott A. Schoen*

HELEN B. KIM
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone: (310) 788-4525
Facsimile: (310) 788-4471

-and-

PHILIP A. NEMECEK
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8834
Facsimile: (212) 940-8776
*Attorneys for Plaintiff Dennis A. Klejna*

STUART I. FRIEDMAN
IVAN KLINE
FRIEDMAN & WITTENSTEIN
A Professional Corporation
600 Lexington Avenue
New York, NY 10022
Telephone: (212) 750-8700
Facsimile: (212) 223-8391
*Attorneys for Plaintiffs William M.*
*Sexton and Gerald M. Sherer*

RICHARD CASHMAN
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, NY 10036-6524
Telephone: (212) 832-8300
Facsimile: (212) 763-7600
*Attorneys for Plaintiff Philip Silverman*

JOHN J. JEROME
TIMOTHY E. HOEFFNER
SAUL EWING LLP
245 Park Avenue, 24th Floor
New York, New York 10167
Telephone: (212) 672-1996
Facsimile: (212) 672-1920
*Attorneys for Plaintiff Joseph Murphy*

NORMAN L. EISEN
LAURA E. NEISH
ZUCKERMAN SPAEDER LLP
1540 Broadway, Suite 1604
New York, New York 10036
Telephone: (212) 704-9600

-and-

BLAKE T. HANNAFAN
HANNAFAN & HANNAFAN
One East Wacker Dr.
Suite 2800
Chicago, IL 60601
Telephone: (312) 527-0055
Facsimile: (312) 527-0220
*Attorneys for Plaintiff Tone N. Grant*

CLAIRE P. GUTEKUNST
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
*Attorneys for Plaintiff Richard N.*
*Outridge*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re                                        :        Case No. 08-04105

REFCO INC., et al.,                          :

              Debtors.      :        (Referred to Judge Gerard E. Lynch)

                                      :

------------------------------------------------------------------x

[caption continued on next page]

**LIMITED OBJECTION TO ARCH INSURANCE COMPANY'S**
**MOTION TO WITHDRAW REFERENCE TO THE BANKRUPTCY COURT**

```
-------------------------------------------------------x
In re                                              :    Chapter 11
REFCO INC., et al.,                                :    Case No. 05-60006 (RDD)
                         Debtors.                  :    (Jointly Administered)
                                                   :
-------------------------------------------------------x
JOSEPH MURPHY, WILLIAM M. SEXTON, DENNIS           :
A. KLEJNA, GERALD SHERER, PHILIP                   :
SILVERMAN, RICHARD N. OUTRIDGE, TONE               :    Adv. Proc. No. 08-01133 (RDD)
GRANT, LEO R. BREITMAN, NATHAN GANTCHER,           :
DAVID V. HARKINS, SCOTT L. JAECKEL, THOMAS         :
H. LEE, RONALD L. O'KELLEY, AND SCOTT A.           :
SCHOEN,                                            :
                         Plaintiffs,               :
          v.                                       :
                                                   :
ALLIED WORLD ASSURANCE COMPANY (U.S.),             :
INC. and ARCH INSURANCE COMPANY,                   :
                                                   :
                         Defendants, and           :
                                                   :
JOHN D. AGOGLIA, EDWIN L. COX, SUKHMEET            :
DHILLON, THOMAS H. DITTMER, STEPHEN                :
GRADY, THOMAS HACKL, ERIC G. LIPOFF, PETER         :
MCCARTHY and FRANK MUTTERER.                       :
                                                   :
                    Nominal Defendants.            :
-------------------------------------------------------x
```

Plaintiffs William M. Sexton, Gerald Sherer, Philip Silverman, Joseph Murphy,

Richard N. Outridge, Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaeckel,

Thomas H. Lee, Ronald L. O'Kelley, Scott A. Schoen, Dennis A. Klejna and Tone N. Grant

(collectively, the "Insureds"), each a former officer or director of Refco, Inc. ("Refco"), or one of

its direct or indirect subsidiaries, hereby submit this limited objection to Arch Insurance

Company's ("Arch") motion to withdraw the reference to the Bankruptcy Court (the "Motion"),

and respectfully represent:

1.    Arch and Allied World Assurance Co. (U.S.), Inc. ("Allied World") are defendants in the above-captioned adversary proceeding (the "Adversary Proceeding"), commenced by the Insureds in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").   In the Adversary Proceeding, the Insureds are seeking a determination that the excess insurance policies issued by Allied World and Arch cover certain losses incurred by the Insureds in connection with litigations stemming from the collapse of Refco.

2.    On April 30, 2008, Allied World filed a motion to withdraw the reference to the Adversary Proceeding so that such case could be heard by this Court.  The Insureds are consenting to Allied World's motion[1] because separate coverage litigation involving two of Refco's other excess D&O insurance carriers, Axis Reinsurance Company and XL Specialty Insurance Company are already pending before this Court.[2]  The Insureds believe that all the coverage litigations involve many common issues and that withdrawal of the reference is consistent with, and will promote, judicial economy and fairness.

3.    On May 1, 2008, Arch filed the Motion seeking to withdraw the reference to the Adversary Proceeding, but only as to Arch.  The Insureds object to the Motion to the extent that it would not result in the withdrawal of the reference for the entire Adversary Proceeding.[3]

---

[1] Filed contemporaneously herewith, the Insureds have submitted their consent to Allied World's motion to withdraw the reference.

[2] *XL Specialty Ins. Co. v. Agoglia*, No. 08-CV-3821 (S.D.N.Y. Apr. 22, 2008); *Axis Reinsurance Co. v. Bennett*, No. 07-CV-7924 (S.D.N.Y. Sept. 7, 2007) and Adv. Pro. No. 07-01712 (Bankr. S.D.N.Y. May 23, 2007), reference withdrawn, No. 08-CV-3242.

[3] Arch recently sent a letter to this Court, dated May 9, 2008, in which it conceded that the Motion would be moot if the Court granted the motion to withdraw the reference filed by Allied World.  Notably, despite the Insureds' request to do so, Arch did not withdraw the Motion even though it had been advised that the Insureds were consenting to Allied World's motion.

4.    In the Motion, Arch accuses the Insureds of forum shopping on the grounds that the Insureds commenced the Adversary Proceeding in the Bankruptcy Court when they had previously objected to Arch's intervention in the insurance coverage adversary proceeding commenced by Axis (the "Axis Case").

5.    Arch's accusations are baseless. The Insureds commenced the Adversary Proceeding in the Bankruptcy Court because that court was the proper initial forum for a controversy involving assets of Refco's chapter 11 estates – the various excess insurance policies.[4] Moreover, the Bankruptcy Court already had extensive exposure to the issues concerning the advancement of defense costs, the payment of which is mandated by the primary D&O policy to which the excess policies of Axis, Allied World, and Arch follow form. In any event, Arch had been advised before it filed the Motion that the Insureds were consenting to withdraw the reference to the Adversary Proceeding so that this Court could consider all the coverage issues together.[5]

6.    Certain of the Insureds opposed Arch's intervention in the Axis Case because Arch sought to inject facts and issues into that adversary proceeding that were beyond the scope of the issues before the Bankruptcy Court at that time. Specifically, Arch sought to have the Bankruptcy Court separately construe its policy with respect to advancement of defense costs at a time when no demand for advancement had been made of Arch. As such, the Insureds were

---

[4] The tower of Refco's D&O insurance is as follows: (1) U.S. Specialty Insurance Company ($10 million primary coverage); (2) Lexington Insurance Company ($7.5 million excess of $10 million); (3) Axis Reinsurance Company ($10 million excess of $17.5 million); (4) Allied World Assurance Company ($12.5 million excess of $27.5 million); (5) Arch Insurance Company ($10 million excess of $40 million); and (6) XL Insurance Company ($20 million excess of $50 million).

[5] Consistent with that position, the Insureds have filed a motion seeking to dismiss or stay an action commenced by Arch in New York State Supreme Court on the issue of coverage so that the common coverage issues as to Allied World and Arch can proceed together.

well within their right to oppose Arch's motion to intervene, and the fact that the Insureds now

seek to consolidate the coverage disputes in *this Court* does not constitute forum shopping.

     7.    Arch's accusations that the Insureds are forum shopping are further contradicted

by the fact that the Insureds are consenting to Allied World's motion to withdraw the reference

as to the entire Adversary Proceeding.  The Insureds believe that it would be most efficient for

all coverage related disputes with Refco's D&O insurance carriers to proceed in this Court.

     WHEREFORE, the Insureds respectfully request that this Court enter an order

granting Allied World's motion to withdraw the reference to the Bankruptcy Court for the

Adversary Proceeding, denying Arch's motion insofar as it seeks to withdraw the reference only

for the claims against Arch, and granting such other relief as is just.

Dated:  May 13, 2008                   Respectfully submitted,

/s/ Michael F. Walsh                      /s/ Ivan Kline
GREG A. DANILOW                    STUART I. FRIEDMAN
MICHAEL F. WALSH                 IVAN KLINE
WEIL, GOTSHAL & MANGES LLP      FRIEDMAN & WITTENSTEIN
767 Fifth Avenue                    A Professional Corporation
New York, NY  10153-0119          600 Lexington Avenue
Telephone:  (212) 310-8000         New York, NY  10022
Facsimile:  (212) 310-8007          Telephone:  (212) 750-8700
                                   Facsimile:  (212) 223-8391

*Attorneys for Plaintiffs Leo R. Breitman, Nathan*
*Gantcher, David V. Harkins, Scott L. Jaeckel,*     *Attorneys for Plaintiffs William M. Sexton*
*Thomas H. Lee, Ronald L. O'Kelley, and Scott A.*  *and Gerald M. Sherer*
*Schoen*

/s/ Helen B. Kim
HELEN B. KIM
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone: (310) 788-4525
Facsimile: (310) 788-4471

-and-

PHILIP A. NEMECEK
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8834
Facsimile: (212) 940-8776

*Attorneys for Plaintiff Dennis A. Klejna*


/s/ John J. Jerome
JOHN J. JEROME
TIMOTHY E. HOEFFNER
SAUL EWING LLP
245 Park Avenue, 24th Floor
New York, NY 10167
Telephone: (212) 672-1996
Facsimile: (212) 672-1920

*Attorneys for Plaintiff Joseph Murphy*


/s/ Richard Cashman
RICHARD CASHMAN
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, NY 10036-6524
Telephone: (212) 832-8300
Facsimile: (212) 763-7600

*Attorneys for Plaintiff Philip Silverman*


/s/ Norman L. Eisen
NORMAN L. EISEN
LAURA E. NEISH
ZUCKERMAN SPAEDER LLP
1540 Broadway, Suite 1604
New York, NY 10036
Telephone: (212) 704-9600

-and-

BLAKE T. HANNAFAN
HANNAFAN & HANNAFAN
One East Wacker Dr., Suite 2800
Chicago, IL 60601
Telephone: (312) 527-0055
Facsimile: (312) 527-0220

*Attorneys for Plaintiff Tone N. Grant*


/s/ Claire P. Gutekunst
CLAIRE P. GUTEKUNST
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

*Attorneys for Plaintiff Richard N. Outridge*

# Exhibit 11

GREG A. DANILOW
MICHAEL F. WALSH
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
*Attorneys for Plaintiffs Leo R. Breitman,*
*Nathan Gantcher, David V. Harkins,*
*Scott L. Jaeckel, Thomas H. Lee, Ronald*
*L. O'Kelley, and Scott A. Schoen*

HELEN B. KIM
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone: (310) 788-4525
Facsimile: (310) 788-4471

-and-

PHILIP A. NEMECEK
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8834
Facsimile: (212) 940-8776
*Attorneys for Plaintiff Dennis A. Klejna*

STUART I. FRIEDMAN
IVAN KLINE
FRIEDMAN & WITTENSTEIN
A Professional Corporation
600 Lexington Avenue
New York, NY 10022
Telephone: (212) 750-8700
Facsimile: (212) 223-8391
*Attorneys for Plaintiffs William M.*
*Sexton and Gerald M. Sherer*

RICHARD CASHMAN
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, NY 10036-6524
Telephone: (212) 832-8300
Facsimile: (212) 763-7600
*Attorneys for Plaintiff Philip*
*Silverman*

JOHN J. JEROME
TIMOTHY E. HOEFFNER
SAUL EWING LLP
245 Park Avenue, 24th Floor
New York, New York 10167
Telephone: (212) 672-1996
Facsimile: (212) 672-1920
*Attorneys for Plaintiff Joseph Murphy*

NORMAN L. EISEN
LAURA E. NEISH
ZUCKERMAN SPAEDER LLP
1540 Broadway, Suite 1604
New York, New York 10036
Telephone: (212) 704-9600

-and-

BLAKE T. HANNAFAN
HANNAFAN & HANNAFAN
One East Wacker Dr.
Suite 2800
Chicago, IL 60601
Telephone: (312) 527-0055
Facsimile: (312) 527-0220
*Attorneys for Plaintiff Tone N. Grant*

CLAIRE P. GUTEKUNST
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
*Attorneys for Plaintiff Richard N.*
*Outridge*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

In re                                               :     Case No. 08-04196

REFCO INC., et al.,                                 :

            Debtors.                       :     (Referred to Judge Gerard E. Lynch)

                                                    :

---------------------------------------------------------------------x

[caption continued on next page]

**CONSENT TO ALLIED WORLD ASSURANCE CO. (U.S.) INC.'S
MOTION TO WITHDRAW REFERENCE FROM THE BANKRUPTCY COURT**

```
-----------------------------------------------------------x
In re                                                      :     Chapter 11
REFCO INC., et al.,                                        :     Case No. 05-60006 (RDD)
                            Debtors.                       :     (Jointly Administered)
                                                           :
-----------------------------------------------------------x
JOSEPH MURPHY, WILLIAM M. SEXTON, DENNIS                   :
A. KLEJNA, GERALD SHERER, PHILIP                           :     Adv. Proc. No. 08-01133 (RDD)
SILVERMAN, RICHARD N. OUTRIDGE, TONE                       :
GRANT, LEO R. BREITMAN, NATHAN GANTCHER,                   :
DAVID V. HARKINS, SCOTT L. JAECKEL, THOMAS                 :
H. LEE, RONALD L. O'KELLEY, AND SCOTT A.                   :
SCHOEN,                                                    :
                            Plaintiffs,                    :
              v.                                           :
                                                           :
ALLIED WORLD ASSURANCE COMPANY (U.S.),                     :
INC. and ARCH INSURANCE COMPANY,                           :
                                                           :
                            Defendants, and                :
                                                           :
JOHN D. AGOGLIA, EDWIN L. COX, SUKHMEET                    :
DHILLON, THOMAS H. DITTMER, STEPHEN                        :
GRADY, THOMAS HACKL, ERIC G. LIPOFF, PETER                 :
MCCARTHY and FRANK MUTTERER,                               :
                                                           :
                            Nominal Defendants.            :
-----------------------------------------------------------x
```

      Plaintiffs William M. Sexton, Gerald Sherer, Philip Silverman, Joseph Murphy,

Richard N. Outridge, Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaeckel,

Thomas H. Lee, Ronald L. O'Kelley, Scott A. Schoen, Dennis A. Klejna, and Tone N. Grant,

each a former officer or director of Refco, Inc., or one of its direct or indirect subsidiaries,

hereby consent to the withdrawal of the reference of the above-captioned adversary proceeding

from the United States Bankruptcy Court for the Southern District of New York, as requested by

Allied World Assurance Company (U.S.), Inc. in its Motion to Withdraw the Reference from the

Bankruptcy Court, dated April 30, 2008 [Dkt. No. 1].

Dated:  May 13, 2008                      Respectfully submitted,

/s/ Michael F. Walsh                      /s/ Ivan Kline
GREG A. DANILOW                           STUART I. FRIEDMAN
MICHAEL F. WALSH                          IVAN KLINE
WEIL, GOTSHAL & MANGES LLP                FRIEDMAN & WITTENSTEIN
767 Fifth Avenue                          A Professional Corporation
New York, NY 10153-0119                   600 Lexington Avenue
Telephone: (212) 310-8000                 New York, NY 10022
Facsimile: (212) 310-8007                 Telephone: (212) 750-8700
                                          Facsimile: (212) 223-8391
*Attorneys for Plaintiffs Leo R. Breitman, Nathan
Gantcher, David V. Harkins, Scott L. Jaeckel,*     *Attorneys for Plaintiffs William M. Sexton*
*Thomas H. Lee, Ronald L. O'Kelley, and Scott A.*  *and Gerald M. Sherer*
*Schoen*

/s/ Helen B. Kim                          /s/ Norman L. Eisen
HELEN B. KIM                              NORMAN L. EISEN
KATTEN MUCHIN ROSENMAN LLP                LAURA E. NEISH
2029 Century Park East, Suite 2600        ZUCKERMAN SPAEDER LLP
Los Angeles, CA 90067                     1540 Broadway, Suite 1604
Telephone: (310) 788-4525                 New York, NY 10036
Facsimile: (310) 788-4471                 Telephone: (212) 704-9600

        -and-                                     -and-

PHILIP A. NEMECEK                         BLAKE T. HANNAFAN
KATTEN MUCHIN ROSENMAN LLP                HANNAFAN & HANNAFAN
575 Madison Avenue                        One East Wacker Dr., Suite 2800
New York, NY 10022-2585                   Chicago, IL 60601
Telephone: (212) 940-8834                 Telephone: (312) 527-0055
Facsimile: (212) 940-8776                 Facsimile: (312) 527-0220

*Attorneys for Plaintiff Dennis A. Klejna*    *Attorneys for Plaintiff Tone N. Grant*

/s/ John J. Jerome                        /s/ Claire P. Gutekunst
JOHN J. JEROME                            CLAIRE P. GUTEKUNST
TIMOTHY E. HOEFFNER                       PROSKAUER ROSE LLP
SAUL EWING LLP                            1585 Broadway
245 Park Avenue, 24th Floor               New York, NY 10036-8299
New York, NY 10167                        Telephone: (212) 969-3000
Telephone: (212) 672-1996                 Facsimile: (212) 969-2900
Facsimile: (212) 672-1920
                                          *Attorneys for Plaintiff Richard N. Outridge*
*Attorneys for Plaintiff Joseph Murphy*

/s/ Richard Cashman
RICHARD CASHMAN
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, NY 10036-6524
Telephone: (212) 832-8300
Facsimile: (212) 763-7600

*Attorneys for Plaintiff Philip Silverman*

# __Exhibit 12__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JOSEPH MURPHY et al.,                          :

                  Plaintiffs,          :

   -against-                                      :

ALLIED WORLD ASSURANCE                         :
COMPANY (U.S.), INC. and ARCH
INSURANCE COMPANY                              :

                Defendants.          :

                           :

------------------------------------------------------------x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/08

08 Civ. 4105 (GEL)
08 Civ. 4196 (GEL)

**ORDER**

     On April 24, 2008, defendant Arch Insurance Company ("Arch") was added, through the filing of an amended complaint, as a defendant in an adversary proceeding entitled Murphy et al. v. Allied World Assurance Company (U.S.), Inc., et al., Adv. Proc. No. 08-01133 (RDD), commenced in connection with the In re Refco, et al. bankruptcy proceeding, Case No. 05-60006 (RDD). On May 1, 2008, Arch filed a motion to withdraw the reference only as to the claims made against it in the adversary proceeding. (Doc. #1, 08 Civ. 4105.)

     On May 2, 2008, Allied World Assurance Company (U.S.), Inc. ("AWAC"), Arch's co-defendant in the adversary proceeding, filed a motion to withdraw the reference as to the entire adversary proceeding. (Doc. #1, 08 Civ. 4196.) Plaintiffs in the adversary proceeding consent to the withdrawal of the reference as to the entire adversary proceeding. Arch has also informed the Court that "it does not oppose the relief sought by AWAC" and acknowledges that "granting AWAC's motion would render Arch's motion moot." (Ltr. from John H. Eickemeyer to the Court, May 9, 2008, at 1-2.)

     Having carefully considered the parties' submissions, it is hereby ORDERED that AWAC's motion to withdraw the reference as to the entire adversary proceeding, Adv. Proc. No. 08-01133 (RDD), is granted. (Doc. #1, 08 Civ. 4196.) Arch's motion to withdraw the reference as to the claims asserted against it is denied as moot. (Doc. #1, 08 Civ. 4105.)

SO ORDERED.

Dated: New York, New York
      June 4, 2008

                                             _____
                                          GERARD E. LYNCH
                                     United States District Judge

**AFFIDAVIT OF SERVICE VIA E-MAIL AND OVERNIGHT MAIL**

STATE OF NEW YORK )

                     ss.:

COUNTY OF NEW YORK )

           **STEPHEN F. WILLIG**, being duly sworn, deposes and says: deponent is not a

party to the action, is over 18 years of age and resides in Hazlet, New Jersey.

           On June 16, 2008, deponent served the within **REPLY DECLARATION OF**

**KEVIN J. WINDELS IN FURTHER SUPPORT OF ILLINOIS NATIONAL INSURANCE**

**COMPANY'S MOTION TO WITHDRAW THE REFERENCE** upon:

Norman Eisen, Esq.
Zuckerman Spaeder, LLP
1800 M Street, N.W.
Washington, D.C. 20036-5802
neisen@zuckerman.com

Laura E. Neish, Esq.
Zuckerman Spaeder, LLP
1540 Broadway, Suite 1604
New York, NY 10036-4039
lneish@zuckerman.com

Steven Wilamowsky, Esq.
Bingham McCutcheon, LLP
399 Park Avenue
New York, NY 10022
steven.Wilamowsky@bingham.com

Michael T. Hannafan, Esq.
Blake Tyler Hannafan, Esq.
Hannafan & Hannafan, Ltd.
1 East Wacker Drive, Suite 1208
Chicago, Illinois 60601
mth@hannafanlaw.com
bth@hannafanlaw.com

the attorneys for the plaintiff and the plan administrator herein at the e-mail address designated

and agreed to in writing by said person for that purpose by electronically delivering a true copy

thereof, and also at the address(es) designated by said attorney(s) for that purpose by leaving a

true copy of same enclosed in a pre-paid properly addressed wrapper for UPS overnight delivery.

                                 s/ Stephen F. Willig
                                 **STEPHEN F. WILLIG**

Sworn to before me this
16th day of June, 2008

   s/ Kevin J. Windels
      NOTARY PUBLIC

#292957v1