Kevin J. Windels (KJW-5477)
Stephen F. Willig (SFW-9847)
D'AMATO & LYNCH, LLP
70 Pine Street
New York, New York 10270
Phone: (212) 269-0927
Facsimile: (212) 269-3559
kwindels@damato-lynch.com
swillig@damato-lynch.com

*Attorneys for Defendant*
ILLINOIS NATIONAL
INSURANCE COMPANY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| REFCO, INC., et al., | Case No. 05-60006 (RDD) |
| Debtors. | Jointly Administered |
| ----------------------------------------------x | |
| TONE N. GRANT, | |
| Plaintiff, | |
| -against- | Adv. Proc. No. 08-1129-rdd |
| ILLINOIS NATIONAL INSURANCE COMPANY AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., | Case No. 08-CV-4846 (GEL) |
| Defendants. | |

---------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that Stephen F. Willig of the law firm of

D'Amato & Lynch, LLP, 70 Pine Street, New York, NY 10270, hereby appears in this action

for defendants Illinois National Insurance Company and National Union Fire Insurance Company of Pittsburgh, Pa..

Dated: New York, New York
June 27, 2008

                                            D'AMATO & LYNCH, LLP

By:   s/Stephen F. Willig
       Stephen F. Willig (SFW-9847)
       70 Pine Street
       New York, New York 10270
       (212) 269-0927
       swillig@damato-lynch.com

*Attorneys for Defendants*
ILLINOIS NATIONAL INSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

TO:   Norman L. Eisen, Esq.
       ZUCKERMAN SPAEDER, LLP
       Attorneys for Plaintiff-Appellee
       Tone N. Grant
       1540 Broadway, Suite 1604
       New York, New York 10036
       (212) 704-9600
       neisen@zuckerman.com

#300458v1