UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TONE N. GRANT,

                              Plaintiff,

        -against-

ILLINOIS NATIONAL INSURANCE
COMPANY,

                              Defendant.

------------------------------------------------------------x



08 Civ. 4846 (GEL)

**ORDER**

        The parties having appeared before the Court for a conference on July 1, 2008, and plaintiff having withdrawn in open court his opposition to defendant's motion to withdraw the bankruptcy reference, it is hereby ORDERED that defendant's motion to withdraw the bankruptcy reference (Doc. #1) is granted on the consent of the parties.


SO ORDERED.

Dated: New York, New York
       July 2, 2008

                                        _____
                                        GERARD E. LYNCH
                                        United States District Judge